---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                         (State)

Case number (if known): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition is Filed

**1. Chapter of the Bankruptcy Code**

Check one:
☐ Chapter 7
■ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

Georgia Proton Treatment Holdings, LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

_____

_____

_____

**4. Debtor's federal Employer Identification Number (EIN)**

■ Unknown

___ ___ - ___ ___ ___ ___ ___ ___ ___
EIN

**5. Debtor's address**

Principal place of business:

4747  Executive Drive
Number  Street

Suite 590

San Diego            CA   92121
City                 State  ZIP Code

San Diego
County

Mailing address, if different:

_____
Number   Street

_____
P.O. Box

_____
City         State     ZIP Code

Location of principal assets, if different from principal place of business:

_____
Number  Street

_____

_____
City         State    ZIP Code

---

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 1

Debtor  **Georgia Proton Treatment Holdings, LLC**          Case number (if known) _____

| | |
|---|---|
| 6. Debtor's website (URL) | _____ |
| 7. Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other type of debtor. Specify: _____ |
| 8. Type of debtor's business | *Check one:*<br>☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☐ None of the types of business listed.<br>☐ Unknown type of business. |
| 9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor? | ☐ No<br>☒ Yes. Debtor **Dallas Proton Treatment Center, LLC**  Relationship **Affiliate**<br>District **Northern District of Texas** Date filed **09/17/2015** Case number, if known **15-33783-SGJ-11**<br><br>Debtor **Dallas Proton Treatment Holdings, LLC** Relationship **Affiliate**<br>District **Northern District of Texas** Date filed **09/17/2015** Case number, if known **15-33784-SGJ-11** |

**Part 3:    Report About the Case**

| | |
|---|---|
| 10. Venue | *Check one:*<br>☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |
| 11. Allegations | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).<br>The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).<br><br>*At least one box must be checked:*<br>☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.<br>☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |
| 12. Has there been a transfer of any claim against the debtor by or to any petitioner? | ☒ No<br>☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor: **Georgia Proton Treatment Holdings, LLC**
Case number (if known): _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Zeitgeist Capital, LLC | Money lent to debtor | $8,069,105 |
| Gryphon Resources, Inc. | Money lent to debtor | $162,787 |
| Cobalt, LLC | Money lent to debtor | $50,871 |
| | Total of petitioners' claims | $8,282,764 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner
Name: Zeitgeist Capital, LLC
Number Street: 2711 N. Haskell Ave., Suite 2800
City: Dallas   State: TX   ZIP Code: 75204

Name and mailing address of petitioner's representative, if any
Name: Michael Tregoning
Number Street: 2711 N. Haskell Ave., Suite 2800
City: Dallas   State: TX   ZIP Code: 75204

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/02/2016

X _____ (Signature of petitioner or representative, including representative's title)

**Attorneys**

Printed name: Michael J. Collins
Firm name, if any: Brewer, Attorneys & Counselors
Number Street: 1717 Main Street, Suite 5900
City: Dallas   State: TX   ZIP Code: 75201
Contact phone: 214-653-4000   Email: mjc@brewerattorneys.com
Bar number: 00785483
State: TX

X _____ (Signature of attorney)

Date signed: 03/04/2016

Debtor  **Georgia Proton Treatment Holdings, LLC**
Name

Case number (if known) _____

---

**Name and mailing address of petitioner**

Cobalt, LLC
Name

2711 N. Haskell Ave., Suite 2800
Number   Street

Dallas         TX        75204
City           State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Christopher Martin
Name

2711 N. Haskell Ave., Suite 2800
Number   Street

Dallas         TX        75204
City           State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03 / 02 / 2016
            MM / DD / YYYY

✗ _(signed)_
Signature of petitioner or representative, including representative's title

Michael J. Collins
Printed name

Brewer, Attorneys & Counselors
Firm name, if any

1717 Main Street, Suite 5900
Number   Street

Dallas         TX        75201
City           State     ZIP Code

Contact phone  214-653-4875    Email  mjc@brewerattorneys.com

Bar number  00785483

State  TX

✗ _(signed)_
Signature of attorney

Date signed  03 / 04 / 2016
            MM / DD / YYYY

---

**Name and mailing address of petitioner**

Gryphon Resources, Inc.
Name

2711 N. Haskell Ave., Suite 2800
Number   Street

Dallas         TX        75204
City           State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Michael Tregoning
Name

2711 N. Haskell Ave., Suite 2800
Number   Street

Dallas         TX        75204
City           State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03 / 02 / 2016
            MM / DD / YYYY

✗ _(signed)_
Signature of petitioner or representative, including representative's title

Michael J. Collins
Printed name

Brewer, Attorneys & Counselors
Firm name, if any

1717 Main Street, Suite 5900
Number   Street

Dallas         TX        75201
City           State     ZIP Code

Contact phone  214-653-4875    Email  mjc@brewerattorneys.com

Bar number  00785483

State  TX

✗ _(signed)_
Signature of attorney

Date signed  03 / 04 / 2016
            MM / DD / YYYY

---