# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GEORGIA PROTON TREATMENT HOLDINGS, LLC, | Case No. 16-10569 (KG) |
| | (Involuntary Case) |
| Alleged Debtor. | Response Deadline: May 5, 2016 at 4:00 p.m. (ET) |
| | Hearing Date: May 12, 2016 at 11:00 a.m. (ET) |

### JOINT MOTION OF PETITIONING CREDITORS, ALLEGED DEBTOR AND SENIOR SECURED CREDITOR TO DISMISS INVOLUNARY PETITION PURSUANT TO U.S. BANKRUPTCY CODE SEC 303(j)

COMES NOW, the Petitioning Creditors Zeitgeist Capital, LLC, Cobalt, LLC and Gryphon Resources, Inc. ("Petitioning Creditors"), Alleged Debtor, and non-petitioning Senior Secured Creditor Lulu Limited ("Lulu") (collectively "Movants") , and hereby jointly move to dismiss the Involuntary Petition, pursuant to United States Bankruptcy Code Section 303(j), and respectfully represent as follows:

### BACKGROUND

1. On March 4, 2016, Petitioning Creditors filed an Involuntary Petition (the "Petition") seeking entry of an order for relief under Chapter 11 of the Bankruptcy Code against Alleged Debtor.

2. On March 24, 2016, Petitioning Creditors filed a Certification of Counsel Regarding Stipulation to Extend Time to Respond to Petition [D.I. 5].

3. On March 29, 2016, the Court entered the Order approving Stipulation to Extend Time to Respond to Petition through and including April 30, 2016 [D.I. 6].

4. The Alleged Debtor Georgia Proton Treatment Holdings LLC ("GPTH") and its non-debtor subsidiary Georgia Proton Treatment Center LLC ("GPTC") are in the process of

negotiating permanent financing that would allow GPTC to commence business operations and in thereby maximize value and increase recoveries for creditors and all parties in interest. Movants have been advised, however, that the existence of this involuntary case impedes and puts at risk the financing efforts that are well underway.

5. The Petitioning Creditors and Lulu have entered into a confidential agreement with the goal of increasing the likelihood that permanent financing for GPTC will be obtained. Although Lulu and the Petitioning Creditors have agreed to keep the specific terms of the agreement confidential, the agreement generally provides that (i) the Petitioning Creditors and Lulu will share in the funding of certain expenses incurred prior to the permanent financing of GPTC, (ii) the Petitioning Creditors and Lulu will share in the ultimate recovery in respect of their individual claims against GPTH and GPTC, and (iii) the Petitioning Creditors and Lulu will seek dismissal of the Involuntary Petition.

## RELIEF REQUESTED

6. The Movants hereby seek dismissal of the Involuntary Petition pursuant to U.S. Bankruptcy Code 303(j), pursuant to the Order attached hereto as **Exhibit A**.

## BEST INTERESTS OF THE DEBTOR AND THE DEBTOR'S CREDITORS

**7.** GPTC is the sole material asset of Alleged Debtor GPTH. If GPTC cannot complete its permanent financing, the value of GPTH's equity interest in GPTC may be reduced to zero because of the liens and claims currently asserted directly against GPTC. If the permanent financing is successful, however, value will be enhanced for the benefit of GPTH and its creditors as well as the creditors of GPTC. Accordingly, dismissal of the Involuntary Petition is in the best interest of all parties in interest.

8. Notice of this Motion has been provided to all creditors of the alleged Debtor.

WHEREFORE, Movants respectfully request that the Involuntary Chapter 11 Petition be dismissed for the reasons stated above and that the Order attached hereto as **Exhibit A** be entered by the Court.

Dated:  April 15, 2016
        Wilmington, Delaware

Respectfully submitted,

| WERB & SULLIVAN | MILLER, EGAN, MOLTER & NELSON, LLP |
|---|---|
| /s/  Brian A. Sullivan | /s/  Margarita T.B. Coale |
| Brian A. Sullivan (No. 2098) | Margarita T.B. Coale (TX No. 24012438) |
| 300 Delaware Avenue Suite 1300, 13th Floor Wilmington, Delaware  19801 | 2911 Turtle Creek Boulevard Suite 1100 |
| Telephone:  (302) 652-1100 | Dallas, Texas 75219 |
| Facsimile:  (302) 652-1111 | Telephone: (214) 628-9516 |
| Email: bsullivan@werbsullivan.com | Facsimile: (214) 628-9505 |
|  | Email:  margarita.coale@milleregan.com |
|  | **Attorneys for the Alleged Debtor** |

and

| BREWER, ATTORNEYS & COUNSELORS | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| Michael J. Collins, Esq. | /s/   John H. Knight |
| 1717 Main Street, Suite 5900 | John H. Knight (No. 3848) |
| Dallas, Texas 75201 | Robert C. Maddox (No. 5356) |
| Telephone:  (214) 653-4000 | 920 N. King Street |
| Facsimile:  (214)653-1015 | Wilmington, Delaware 19801 |
| Email:  mjc@brewerattorneys.com | Telephone:  302-651-7700 |
|  | Facsimile:  302-651-7701 |
| **Attorneys for Petitioning Creditors: Zeitgeist Capital, LLC, Gryphon Resources, Inc., and Cobalt, LLC** | Email: knight@rlf.com |
|  | Email: maddox@rlf.com |
|  | **Attorneys for Lulu Limited** |